```
                                                              FILED
        U.S. BANKRUPTCY COURT                              JUL 17 2001
        WESTERN DISTRICT OF TEXAS                   U.S. BANKRUPTCY COURT
                                                    BY_____ DEPUTY
```

IN RE                           )   CASE NO. 97-60606
                                )
Michael Lee Duncan,             )   ORDER FOR PAYMENT
                                )   OF UNCLAIMED FUNDS
         Debtors.               )
                                )

The Court finds that an amount of $2,995.56 constituting unclaimed funds is declared due to Household Credit Services, Inc. for reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, per 28 USC § 2042, the Bankruptcy Clerk, Western District of Texas, pay this unclaimed money to the order of:

> Household Credit Services, Inc.
> c/o **Washington Research Trust**
> **PO Box 463 - Redmond, WA  98073-0463**
> Attorney-in-Fact for
> Household Credit Services, Inc.

Dated: _____JUL 16 2001_____

_____
Bankruptcy Judge
Western District of Texas

Verification of Funds

As of __7/5/01__
funds in the amount of
$ __2,995.56__
are available for distribution